B2500A (Form 2500A)
(12/15)

# United States Bankruptcy Court

### Middle District of Alabama

| In re | LOUISE MARTIN | , | ) | |
| --- | --- | --- | --- | --- |
| | Debtor | | ) | Case No. 16-30871 |
| | | | ) | |
| | | | ) | Chapter 13 |
| | LOUISE MARTIN | , | ) | |
| | Plaintiff | | ) | |
| | | | ) | |
| | | | ) | |
| | NATIONSTAR MORTGAGE, LLC, | , | ) | Adv. Proc. No. 18-3109 |
| | Defendant | | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

> U.S. Bankruptcy Court
> Middle District of Alabama
> One Church Street
> Montgomery, AL 36104

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> Paul D. Esco
> Attorney at Law, LLC
> 2800 Zelda Road; Suite 200-7
> Montgomery, AL 36106

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Digitally signed by
Juan-Carlos Guerrero
Date: 2018.12.12
08:15:45 -06'00'

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the
                        (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
_____ by:
   (date)

NOTE: If more space is needed, note "See Attached Page" in the appropriate box and add additional addresses to 3rd page of form.

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of Alabama,
as follows: [Describe briefly]
                                                                                                     (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
Date                                                  Signature

Print Name:

Business Address:

Additional Addresses

| | | |
|---|---|---|
| | | |