IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| IN RE:<br><br>Louise Martin,<br><br>    Debtor. | Case No. AP – 18-03109<br>BK Case 16-30871<br>Chapter 13<br><br>Judge: Bess M. Parrish Cresswell |
|---|---|

### ENTRY OF APPEARANCE OF AMANDA M. BECKETT
### AND REQUST FOR ALL NOTICES

COMES NOW, Amanda M. Beckett, of the law firm Rubin Lublin, LLC, and hereby files this Entry of Appearance and Request for All Notices as counsel for Nationstar Mortgage, LLC and requests notices of all motions and pleadings filed in this action, pursuant to Bankruptcy Rules 2002 and 9010, be served upon:

Amanda M. Beckett
**RUBIN LUBLIN, LLC**
428 North Lamar Blvd., Suite 107
Oxford, MS 38655
(601) 398-0153
abeckett@rubinlublin.com

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process of otherwise waiving any rights.

Respectfully submitted this this 2nd day of January 2019.

                                                      */S/Amanda M. Beckett*
                                                    Amanda M. Beckett
                                                    ASB-1884-N75B
                                                    **RUBIN LUBLIN, LLC**
                                                    428 North Lamar Blvd., Suite 107
                                                    Oxford, Mississippi 38655
                                                    (601) 398-0153 (Telephone)
                                                    (404) 921-9016 (Facsimile)
                                                    abeckett@rubinlublin.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of January 2019, filed the within and foregoing by CM/ECF, which will serve notice on all parties. Additionally, I have served a true and correct copy of the within and foregoing by U.S. First Class Mail, postage prepaid, to the following:

Paul D. Esco
Attorney at Law, LLC
2800 Zelda Road, Suite 200-7
Montgomery, AL 36106

                                                                           */s/ Amanda M. Beckett*
                                                                           AMANDA M. BECKETT