**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

Louise Martin  Case No. 18–03109
 BK Case No. 16–30871

vs.

Nationstar Mortgage LLC et al.

## NOTICE OF SCHEDULING CONFERENCE

PLEASE TAKE NOTICE that a telephone hearing will be held on February 21, 2019 at 01:46 PM to consider and act upon the following:

*1* − Adversary case 18−03109. (72 (Injunctive relief − other)): Complaint against Nationstar Mortgage LLC, Nationstar Mortgage, LLC, dba Mr. Cooper. −NO FEE DUE− filed by Paul D. Esco on behalf of Louise Martin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Summons) (Esco, Paul)

*8* − Answer to Complaint filed by Amanda Beckett on behalf of Nationstar Mortgage LLC, Nationstar Mortgage, LLC, dba Mr. Cooper (RE: related document(s)1 Complaint filed by Plaintiff Louise Martin). (KC)

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **1−877−336−1839 Access Code: 361328**
CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated January 14, 2019

*Juan-Carlos Guerrero*

Juan–Carlos Guerrero
Clerk of Court