<pre>
                        UNITED STATES BANKRUPTCY COURT
                          MIDDLE DISTRICT OF ALABAMA
</pre>

| In re | Case No. 16-30871-BPC |
|---|---|
| | Chapter 13 |
| LOUISE MARTIN, | |
|     Debtor. | |
| _____ | |
| LOUISE MARTIN, | |
|     Plaintiff, | |
| v. | Adv. Proc. 18-03109-BPC |
| NATIONSTAR MORTGAGE, LCC<br>Dba MR. COOPER, | |
|     Defendant. | |

## AMENDED SCHEDULING ORDER

The above-referenced proceeding came on for a status hearing on October 29, 2019. In accordance with the ruling from the bench in open court, it is hereby ORDERED that the Scheduling Order (Doc. 11) is AMENDED as follows:

1. **Prior Deadlines**. All deadlines set forth in the prior Scheduling Order (Doc. 11) shall remain
in place except as forth herein.

**2. Pretrial Disclosures and Objections**. The parties shall file and serve Pretrial Disclosures in accordance with Rule 7026(a)(3) on or before **January 7, 2020**. Any objections to the Pretrial Disclosures and/or *motions in limine* shall be filed and served pursuant to Rule 7026(a)(3)(B) by **January 14, 2020**. Objections not timely made and served, other than objections under Rules 402 and 403 of the Federal Rules of Evidence, are waived unless excused by the Bankruptcy Court for good cause.

3. **Pretrial Statement**. The parties are ordered to convene to attempt to resolve any evidentiary objections, to attempt to stipulate to as many facts and issues as possible, and to prepare the pretrial statement. The undersigned intends that this will be a substantive, good faith effort to resolve issues. The parties shall prepare and file a pretrial statement not later than **January 21, 2020**. The pretrial statement shall be signed by counsel for all parties, as well as by any unrepresented parties, and shall specify:
    a. Stipulated facts;
    b. Stipulated exhibits;

    c. Conclusions of law that are not disputed; and
    d. Separately for each party:
        i. A succinct statement of that party's contentions;
        ii. A list of exhibits that will be offered by the party but that cannot be introduced by stipulation (with the party's succinct response(s) to the evidentiary objection(s) raised by any opposing party);
        iii. Proposed findings of fact that are not stipulated; and
        iv. Proposed conclusions of disputed issues of law.

4. **Pretrial Conference**. A pretrial conference will be held on **January 28, 2020 at 10:10 AM**.
The hearing will take place at the United States Bankruptcy Court, United States Courthouse Annex, One Church Street, Courtroom No. 4-C, Montgomery, Alabama. **It is recommended that clients with settlement authority attend the pretrial conference.**

5. **Trial Date**. Trial is scheduled for **February 3, 2020 at 9:30 AM.** Trial will take place at the United States Bankruptcy Court, United States Courthouse Annex, One Church Street, Courtroom No. 4-C, Montgomery, Alabama.

6. **Other**. **Failure of the parties to comply with the timeframes and requirements set forth above may result in the barring of introduction of evidence at trial.** The deadlines set out herein cannot be changed unless so directed by the Bankruptcy Court. Parties should not wait for deadlines to expire before seeking an amended scheduling order. If any questions should arise or another status conference is necessary prior to the final pretrial conference, the parties are to notify chambers as soon as possible.

Done this 30th day of October, 2019.

*/s/ Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge

c: Debtor/Plaintiff
Paul D. Esco, Attorney for Plaintiff
Amanda Beckett, Attorney for Defendant