IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| LOUISE MARTIN, | ) | Case Number: 16-30871 |
| Debtor. | ) | Chapter 13 |

| | | |
|---|---|---|
| LOUISE MARTIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding Number |
| NATIONSTAR MORTGAGE, LLC, and NATIONSTAR MORTGAGE, LLC, dba MR. COOPER, | ) ) | 18-03109 |
| Defendants. | ) | |

## JOINT NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Louise Martin, and Defendants, Nationstar Mortgage, LLC, and

Nationstar Mortgage, LLC, dba Mr. Cooper, and through their undesigned counsel, pursuant to Rule

41(a)(1)(A)(ii), Fed. R. Civ. P., as incorporated by Rule 7041, Fed. R. Bankr. P., and jointly stipulate

to the dismissal, with prejudice, of all claims by and between the Plaintiff and Defendants hereto

asserted within this adversary proceeding, with all costs taxed.

Undersigned counsel for Plaintiff represents that he has the express consent and permission

of Amanda Beckett, Counsel for Defendants, to affix her electronic signature hereon, and that the

Plaintiff and Defendants have agreed to the terms of this stipulation.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and Defendants respectfully

request that this Honorable Court or the Clerk of this Honorable Court, enter an Acknowledgment of

this Joint Notice of Stipulated Dismissal with Prejudice, costs taxed as paid.

Respectfully submitted this the 23rd day of March, 2020.

/s/ Paul D. Esco
PAUL D. ESCO ASB-3772-O61P
Attorney for Plaintiff

OF COUNSEL:
PAUL D. ESCO
ATTORNEY AT LAW, LLC
2800 Zelda Road; Suite 200-7
Montgomery, Alabama 36106
334/832-9100
334/832-4527 [fax]
E-mail: paul.esco@aol.com

/s/ Amanda Beckett
AMANDA BECKETT
Attorney for Defendants

OF COUNSEL:
RUBIN LUBLIN, LLC
428 N Lamar Blvd; Ste 107
Oxford, MS 38655-3221
770-246-3300
404-591-6096
E-mail: abeckett@rlselaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2020, a copy of the foregoing was served electronically or by Regular U.S. Mail to all interested parties and the Trustee as follows:

By CM/ECF:          All Parties of Record

By fax or email:

By first class mail, postage pre-paid and properly address:

/s/Paul D. Esco